IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **NICHOLAS BARBATI,** | ) | Civil Action No. 7:13-cv-00246 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ERIC HOLDER, et al.,** | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to seal is **GRANTED** in part and **DENIED** in part; page identification numbers 17-19 in the third docket entry shall be **SEALED**; the remaining documents in the third docket entry shall be **UNSEALED**; the Complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED** as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  June 14, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge